98

65 So.2d 698

### James A. McCOLLUM v. BIRMINGHAM NEWS CO.

### 6 Div. 378.

Supreme Court of Alabama.

March 13, 1953.

Jas. A. McCollum, Tuscaloosa, pro se.

Deramus, Hawkins, Fitts & Mullins, Burmingham, for appellee.

Wilkinson & Skinner, Birmingham, amicus curiæ.

LIVINGSTON, Chief Justice.

This appeal presents substantially the same questions this day decided in the two cases of McCollum v. Birmingham Post Company,[1] 65 So.2d 689, and 65 So.2d 697. In view of the holding in those cases, the judgment here appealed from is reversed and the cause is remanded.

Reversed and remanded.

BROWN, LAWSON, SIMPSON, STAKELY, GOODWYN and MERRILL, JJ., concur.

BROWN, Justice.

This appeal is prosecuted by the plaintiff from the judgment of the Circuit Court of Jefferson County dismissing a suit filed by the plaintiff against appellee for libel, on the ground that the plaintiff failed, after notice, to appear and submit to an oral examination in a proceeding instituted by the defendant to perpetuate McCollum's testimony as a witness for use in said libel suit. The proceeding to perpetuate McCollum's testimony was instituted by the defendant on April 30, 1951, under the provisions of Title 7, Chapter 10, Article 10, Code of 1940, embracing §§ 491–497, as amended, inclusive, and is a companion case entitled McCollum v. The Birmingham Post Co., a corp.,[1] 65 So.2d 689. On the authority of the opinion in that case, this case is due to be reversed and remanded. It is so ordered.

Reversed and remanded.

LIVINGSTON, C. J., and SIMPSON, STAKELY, GOODWYN and MERRILL, JJ., concur.

LAWSON, J., concurs in the result.

65 So.2d 698

### James A. McCOLLUM v. BIRMINGHAM AGE–HERALD CO.

### 6 Div. 382.

Supreme Court of Alabama.

March 13, 1953.

Rehearing Denied May 28, 1953.

Jas. A. McCollum, Tuscaloosa, pro se.

Deramus, Hawkins, Fitts & Mullins, Birmingham, for appellee.

Wilkinson & Skinner, Birmingham, amicus curiae.

1. Ante, p. 88.